# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

## VENUE: SAN FRANCISCO

---

FILED

Nov 04 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

ROGELIO BELLOSO ALEMAN,
ET AL.

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 1962(d) – Racketeering Conspiracy;
18 U.S.C. § 1959(a)(5) – Attempted Murder in Aid of Racketeering;
18 U.S.C. § 1959(a)(3) – Assault With a Dangerous Weapon in Aid of Racketeering;
18 U.S.C. § 924(c) – Discharge of a Firearm During and in Furtherance of a Crime of Violence;
18 U.S.C. § 2 – Aiding and Abetting
18 U.S.C. §§ 924(d) and 1963 – Forfeiture Allegation

---

A true bill.

_____/s/ Foreperson of the Grand Jury_____
Foreman

Filed in open court this ____4th____ day of

_____November, 2021_____.

Ada Means
Clerk

Hon. Jacqueline Scott Corley

Bail, $ No Bail

1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney

2

3

4

5

6

7

**FILED**

Nov 04 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,                     )  CASE NO.:  CR 19-0280 RS
                                                  )
12          Plaintiff,                            )
                                                  )
13       v.                                       )  VIOLATIONS:
                                                  )
                                                  )  18 U.S.C. § 1962(d) – Racketeering Conspiracy;
14  (1)  ROGELIO BELLOSO ALEMAN,                  )  18 U.S.C. § 1959(a)(5) – Attempted Murder in Aid of
         a/k/a "Smiley,"                          )  Racketeering;
15  (2)  EDWIN ALVARADO AMAYA,                    )  18 U.S.C. § 1959(a)(3) – Assault With a Dangerous
         a/k/a "Muerte,"                          )  Weapon in Aid of Racketeering;
16  (3)  FERNANDO ROMERO BONILLA,                 )  18 U.S.C. § 924(c) – Discharge of a Firearm During
         a/k/a "Black,"                           )  and in Furtherance of a Crime of Violence;
17  (4)  KENNETH CAMPOS,                          )  18 U.S.C. § 2 – Aiding and Abetting
         a/k/a "Nesio,"                           )  18 U.S.C. §§ 924(d) and 1963 – Forfeiture Allegation
18  (5)  EVERT GALDAMEZ CISNEROS,                 )
         a/k/a "Talentoso,"                       )
19  (6)  LUIS VELIS DIAZ, a/k/a "Popa,"           )
    (7)  BRIGIDO JOSUE GONZALES SALES.            )  **UNDER SEAL**
20       a/k/a "Kiko," a/k/a "Inocente,"          )
    (8)  ABNER MARROQUIN ALEGRIA,                 )
21       a/k/a "Chapin," a/k/a "Coche,"           )
    (9)  KEVIN REYES MELENDEZ,                    )
22       a/k/a "Neutron,"                         )
    (10) ELMER RODRIGUEZ,                         )
23       a/k/a "Gordo,"                           )
    (11) JOSE MARIA TERCERO PEREZ,                )
24       a/k/a "Delito,"                          )
    (12) KEVIN RAMIREZ VALENCIA,                  )
25       a/k/a "Delincuente," and                 )
    (13) KEVIN GUATEMALA ZEPEDA,                  )
26       a/k/a "Mision,"                          )
                                                  )
27          Defendants.                           )
                                                  )
28  _____  )

[CR 19-0280 RS]
SECOND SUPERSEDING INDICTMENT

SECOND SUPERSEDING INDICTMENT

The Grand Jury charges, with all dates being approximate and inclusive, that at all times relevant to this Second Superseding Indictment:

Introductory Allegations

1.     *La Mara Salvatrucha*, hereafter "MS-13," was and is a gang composed primarily of persons of El Salvadorian descent.  It operated in various countries, including El Salvador and the United States.  Within the United States, it operated in the Northern District of California.

2.     MS-13 is a transnational criminal organization with over 10,000 members regularly conducting gang activities in at least twenty states and the District of Columbia, as well as in other nations, including Mexico, Honduras, Guatemala, and El Salvador.  In the United States, MS-13 is one of the largest street gangs.  It has been active in this country since the 1980s, when it originated in Los Angeles, California.  Since then, MS-13 has spread to other cities in California, including San Francisco, Santa Cruz, Richmond, and Daly City, and across the country to other states, including Virginia, Maryland, New York, Tennessee, North Carolina, and Texas.

3.     MS-13 is organized into "cliques," that is, smaller groups which typically operate in a specific city or region.  MS-13 cliques are grouped into "programs," with each program having a "program leader" overseeing multiple cliques.  MS-13 cliques – including those within the same program – sometimes work together cooperatively to engage in criminal activity and to assist one another in, among other things, avoiding detection by law enforcement.  Individual cliques, including MS-13 20th Street, have their own set of rules; however, they also operate under the umbrella rules of MS-13.

4.     Leaders of individual MS-13 cliques are sometimes called "shot callers" or "*El Palabrero*."  Above the clique leaders are the program leaders and the gang leaders, some of whom are incarcerated in the United States and in El Salvador, and who convey their orders through, among other means, the use of cellular telephones that are brought into prisons.  The leaders of MS-13 resolve disputes between gang members, address organizational issues, and participate in significant gang decisions, such as whether to authorize the killing of members of rival gangs, and of MS-13 gang

1  members, associates, and other individuals suspected of cooperating with law enforcement or otherwise

2  breaking MS-13 rules.

3       5.     "MS-13 20th Street" is a clique claiming territory in the Mission District of San

4  Francisco.  The gang claims the corridor along Mission Street between 15th Street to the north and 21st

5  Street to the south, and Church Street to the west and South Van Ness Avenue to the east.  Mission

6  Playground lies at the center of the gang's claimed territory.  MS-13 20th Street also claims Dolores

7  Park and Bryant Square Park (sometimes called Franklin Square Park).  The gang seeks to maintain

8  control of drug distribution in its turf.  Among other things, the gang's members engage in the sale of

9  narcotics, robbery, extortion, and other violent crimes (including murder).  In the commission of these

10  crimes, and for defense, MS-13 20th Street members use guns, knives, and other weapons.

11       6.     ROGELIO BELLOSO ALEMAN, a/k/a "Smiley," served as the Treasurer of the clique

12  at least as early as 2016.  ELMER RODRIGUEZ, a/k/a "Gordo," was the shot caller of MS-13 20th

13  Street until his arrest in late 2017.  BELLOSO ALEMAN and EVERT GALDAMEZ CISNEROS, a/k/a

14  "Talentoso," individually served as the shot callers at various points in time in 2018 and 2019 following

15  RODRIGUEZ's arrest.

16       7.     Some members of MS-13 signify their membership and association with tattoos depicting

17  devil horns or the "Santa Muerte," or reading "MARA SALVATRUCHA," "MS," "MS-13," "503"

18  (representing the El Salvador country code), "20" (for 20th Street clique), or similar words and symbols,

19  often written in Gothic lettering.  Not all MS-13 members bear such tattoos.  The colors blue, black, and

20  white are often used as symbols of MS-13 and members often wear clothing with these colors bearing

21  the number "13" or a combination of numbers adding up to 13, or which features horns, such as clothing

22  bearing the logo of the NBA franchise the Chicago Bulls.  Also, MS-13 members sometimes mark their

23  territory through the use of graffiti with the letters "MS" or other shorthand references to MS-13, as well

24  as clique-specific graffiti like "20th Street."  MS-13 members often refer to one another by their gang

25  monikers or other nicknames, and may not in fact know the real names of their fellow gang members.

26       8.     In order to join MS-13, recruits undergo an initiation process composed of various stages,

27  during which the recruit is referred to alternatively as a "*paro*," or "*chequeo*."  Each step requires the

28  completion of certain activities -- usually crimes -- that allow the recruit to demonstrate his allegiance to

the gang, its rules, and its ethos. After the last stage, the recruit may be invited to become a full-member of the gang, known as a "homeboy" or "homie." This last stage includes a "jumping-in" ceremony, during which the recruit is beaten by other gang members for 13 seconds.

9.    Members of MS-13 20th Street are expected to protect the name, reputation, and status of the gang from rival gang members and other persons. Members of the MS-13 20th Street require that all individuals show respect and deference to the gang and its membership. To protect the gang and to enhance its reputation, MS-13 20th Street members are expected to use any means necessary to force respect from those who show disrespect, including acts of intimidation and violence.

10.    In the San Francisco area, the principal rivals to MS-13 20th Street are the various Norteño gangs. MS-13 20th Street has been, and continues to be, engaged in violence against Norteños; similarly, Norteños engage in violence against rival gang members, including MS-13. Indeed, one of the rules common to both gangs is that members of each side are expected to attack members of the other side. The more brazen the attack, the greater the respect that is given to the attacker by fellow gang members. As a result, innocent bystanders have been injured and even killed simply for being in the wrong place at the wrong time during a gang attack, for being in the physical presence of a gang member, or for being mistaken for a rival gang member (based, for instance, on the mere color of their apparel).

11.    Members of MS-13 20th Street engage in criminal activity, including acts involving murder, narcotics distribution, assault, robbery, and obstruction of justice by threatening and intimidating fellow gang members and others whom they believe to be cooperating with law enforcement. Members of MS-13 20th Street are often required to commit acts of violence to maintain membership and discipline within the gang, including violence against rival gang members or those they perceive to be rival gang members, as well as MS-13 20th Street members and associates who violate the gang's rules (such as the rule against cooperating with law enforcement). As a result of MS-13 20th Street members' use of violence, innocent persons are sometimes injured or killed. Participation in criminal activity by a member of MS-13 20th Street, particularly violent acts directed at rival gang members or as ordered by the gang's leadership, increases the level of respect accorded that member,

1   resulting in that member's maintaining or increasing his position in the gang, and possibly resulting in

2   recognition as a leader.

3       12.     In addition to warring with rival gang members, MS-13 20th Street also uses violence

4   against its members to enforce gang rules.  These rules include a prohibition against cooperating with

5   law enforcement in the investigation and prosecution of any criminal case, especially one involving

6   fellow gang members.  Depending on the severity of the violation, the punishment can be death.

7       13.     Members of MS-13 20th Street communicate about gang activities with other members of

8   MS-13 20th Street in San Francisco and elsewhere (including, for instance, El Salvador and Guatemala)

9   using landline telephones, mobile telephones, text messaging, email, social media applications, other

10  messaging applications (including encrypted applications), notes or "kites," and other modes of

11  communication.

12                          The Racketeering Enterprise

13      14.     MS-13 20th Street, including its leadership, members, and associates, in the Northern

14  District of California and elsewhere, constitutes an "enterprise" as defined in Title 18, United States

15  Code, Sections 1961(4) and 1959(b)(2), that is, a group of individuals associated in fact that was

16  engaged in, and the activities of which affected, interstate and foreign commerce.  The enterprise

17  constitutes an ongoing organization whose members functioned as a continuing unit that had a common

18  purpose of achieving the objectives of the enterprise.

19                          Purposes of the Enterprise

20      15.     The purposes of MS-13 20th Street include, but are not limited to, the following:

21      a.      Preserving and protecting the power, territory, reputation, and profits of the enterprise, its

22  members and associates, through the use of intimidation, violence, threats of violence, assaults, and

23  murder;

24      b.      Promoting and enhancing the enterprise and the activities of its members and associates

25  through criminal acts, including, but not limited to, acts involving murder, narcotics trafficking, robbery,

26  assault, extortion, and other criminal activities;

27      c.      Keeping victims, potential victims, and community members in fear of the enterprise and

28  its members and associates through violence and threats of violence;

1      d.     Providing financial support and information to MS-13 20th Street members; and

2      e.     Providing assistance to other MS-13 20th Street members who committed crimes for and

3  on behalf of the group, and to hinder, obstruct, and prevent law enforcement officers from identifying

4  the offenders, apprehending the offenders, and successfully prosecuting and punishing the offenders.

5  <u>Means and Methods of the Enterprise</u>

6      16.     The means and methods by which the defendants and other members and associates of

7  MS-13 20th Street conducted and participated in the conduct of the affairs of MS-13 20th Street

8  included, but were not limited to:

9      a.     The agreement that acts of violence, including acts involving murder, robbery, assault,

10  and extortion, as well as narcotics trafficking, would be committed by members and associates when it

11  suited the enterprise's purpose. The targets of the murders, attempted murders, and assaults included

12  perceived rivals found both in the gang's territory and in rival territory, as well as gang members

13  believed to have violated gang rules. Gang members committed strong-arm robberies employing a show

14  of force, with weapons and superior numbers. The gang sold various drugs, including marijuana and

15  cocaine, in gang territory. The gang extorted money from various individuals, including street drug

16  dealers in the Tenderloin District of San Francisco.

17      b.     The agreement that members and associates of the enterprise would purchase, possess,

18  maintain, use, and circulate firearms for use in criminal activity by members and associates of the

19  enterprise. The gang sought to raise money through various means in part to buy firearms and

20  ammunition for use by gang members. The gang maintained a store of firearms, including the 12-gauge

21  shotgun used in the November 26, 2017 attempted murder; the 9mm semiautomatic pistol used in the

22  September 16, 2016, attempted murder; the .38 Special caliber revolver also used in the September 16,

23  2016, attempted murder; the .380-caliber AMT Back-up semiautomatic pistol used in the March 17,

24  2017 murder; the .40-caliber "ghost gun" semiautomatic pistol fired by an enterprise member on April

25  20, 2019 and later seized by police from another enterprise member on May 7, 2019; and the 9mm

26  semiautomatic pistol used in the February 13, 2018 murder.

27      c.     Discussing, among other things, the membership and rules of MS-13 20th Street; the

28  status of MS-13 20th Street members in the enterprise; the disciplining of MS-13 20th Street members;

1 | MS-13 20th Street members' encounters with law enforcement; plans and agreements regarding the

2 | commission of future crimes, including murder, extortion, narcotics trafficking, illegal possession of

3 | firearms, robbery, and assault, as well as ways to conceal these crimes; and the enforcement of the rules

4 | of MS-13 20th Street.  Gang meetings took place at various locations, including Dolores Park and

5 | Mission Playground, both which are in the Mission District of San Francisco.

6 |     d.     Committing and agreeing to commit acts of violence against those who would do harm to

7 | MS-13 20th Street, its members, and others when it suited the enterprise's purposes.  This included

8 | disciplining enterprise members and associates when it suited the enterprise's purposes.  It also included

9 | threatening or assaulting members of the community in the territory over which the gang sought control.

10 |     e.     Using landline telephones, mobile telephones, text messaging, email, social media

11 | applications, other messaging applications, notes or "kites," and other modes of communication, to plan

12 | and commit crimes on behalf of the enterprise, including murder, extortion, narcotics trafficking, illegal

13 | possession of firearms, robbery, assault, and other crimes, and to conceal these criminal activities by

14 | obstructing justice, threatening or intimidating witnesses, and other means.  Members of the gang also

15 | sought to raise the gang's public profile and promote its influence by posting photographs on social

16 | media of gang members displaying gang signs, and by vandalizing public and private property with gang

17 | graffiti.

18 |     17.     MS-13 20th Street, through its members and associates, engaged in racketeering activity,

19 | as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), that is, multiple acts

20 | indictable under  Title 18, United States Code, Sections 1503 (relating to obstruction of justice), 1512

21 | (relating to tampering with a witness, a victim, or an informant), and 1951 (relating to interference with

22 | commerce, robbery, or extortion); multiple offenses involving dealing in controlled substances, in

23 | violation of Title 21, United States Code, Sections 841(a)(1) and 846; multiple acts and threats involving

24 | murder, in violation of California Penal Code, Sections 187, 188, 189, 182, 31, 21a, 664, 653f; and

25 | multiple acts and threats involving robbery, in violation of California Penal Code Sections 211, 212,

26 | 212.5, 213, 182, 21a, 664, 653f; and 31.

27 | / /

28 | / /

1   COUNT ONE:       (18 U.S.C. § 1962(d) – Conspiracy to Conduct the Affairs of an Enterprise
2                                  Through a Pattern of Racketeering Activity)

3                              The Racketeering Conspiracy

4        18.    The allegations contained in paragraphs 1 through 16 of this Second Superseding

5 Indictment are repeated and realleged as though fully set forth herein.

6        19.    Beginning on a date unknown to the Grand Jury, but no later than 2013, and continuing

7 up through and including the present, in the Northern District of California and elsewhere, the

8 defendants,

9                  ROGELIO BELLOSO ALEMAN, a/k/a "Smiley,"

10                  EDWIN ALVARADO AMAYA, a/k/a "Muerte,"

11                FERNANDO ROMERO BONILLA, a/k/a "Black,"

12                    KENNETH CAMPOS, a/k/a "Nesio,"

13                    LUIS VELIS DIAZ, a/k/a "Popa,"

14              EVERT GALDAMEZ CISNEROS, a/k/a "Talentoso,"

15        BRIGIDO JOSUE GONZALES SALES, a/k/a "Kiko," a/k/a "Inocente,"

16      ABNER MARROQUIN ALEGRIA, a/k/a "Chapin," a/k/a "Coche,"

17              KEVIN REYES MELENDEZ, a/k/a "Neutron,"

18                  ELMER RODRIGUEZ, a/k/a "Gordo,"

19           JOSE MARIA TERCERO PEREZ, a/k/a "Delito,"

20          KEVIN RAMIREZ VALENCIA, a/k/a "Delincuente,"

21          KEVIN GUATEMALA ZEPEDA, a/k/a "Mision,"

22 together with others known and unknown to the Grand Jury, each being a person employed by and

23 associated with MS-13 20th Street, an enterprise engaged in, and the activities of which affected,

24 interstate and foreign commerce, unlawfully, knowingly, and willfully did conspire to violate Title 18,

25 United States Code, Section 1962(c), that is to conduct and participate, directly and indirectly, in the

26 conduct of the affairs of MS-13 20th Street through a pattern of racketeering activity, as defined in Title

27 18, United States Code, Sections 1961(1) and (5), which pattern of racketeering activity consisted of:

28        a.    multiple acts and threats involving murder, in violation of California Penal Code Sections

1  187, 188, 189, 182, 31, 21a, 664, 653f; and robbery, in violation of California Penal Code Sections 211,

2  212, 212.5, 213, 182, 21a, 664, 653f; and 31;

3      b.      multiple acts indictable under Title 18, United States Code, Sections 1503 (relating to

4  obstruction of justice), 1512 (relating to tampering with a witness, a victim, or an informant), and 1951

5  (relating to interference with commerce, robbery, or extortion);

6      c.      multiple offenses involving dealing in controlled substances, in violation of Title 21,

7  United States Code, Sections 841(a)(1) and 846.

8  It was part of the conspiracy that each defendant agreed that a conspirator would commit at least two

9  acts of racketeering activity in the conduct of the affairs of the enterprise.

10                      Overt Acts in Furtherance of the Conspiracy

11      20.     On or about September 16, 2016, KEVIN REYES MELENDEZ, a/k/a "Neutron,"

12  ROGELIO BELLOSO ALEMAN, a/k/a "Smiley," and other enterprise members participated in a

13  "hunt" for rival gang members.  Near 21st and Hampshire Streets in San Francisco, REYES

14  MELENDEZ and another enterprise member fired approximately eight shots in an attempt to murder

15  victim C.G., whom they suspected of being a rival gang member.

16      21.     On or about October 27, 2016, KENNETH CAMPOS, a/k/a "Nesio," and others

17  assaulted three victims outside the Prita Hotel on Mission Street in San Francisco, after demanding to

18  know whether they were rival gang members.

19      22.     On or about March 17, 2017, enterprise members present at Beauty Bar on Mission Street

20  in San Francisco identified victim J.M. as a suspected gang rival.  At the direction of ELMER

21  RODRIGUEZ, a/k/a "Gordo," enterprise members kept watch on J.M.'s movements, and an enterprise

22  member then murdered J.M. outside Beauty Bar, using a .380-caliber AMT Back-up semiautomatic

23  pistol.  ROGELIO BELLOSO ALEMAN, a/k/a "Smiley," KENNETH CAMPOS, a/k/a "Nesio,"

24  EVERT GALDAMEZ CISNEROS, a/k/a "Talentoso," and other enterprise members known and

25  unknown to the Grand Jury were present at the Beauty Bar at the time of the murder.

26      23.     On or about May 25, 2017, enterprise members including ELMER RODRIGUEZ, a/k/a

27  "Gordo," EDWIN ALVARADO AMAYA, a/k/a "Muerte," and KENNETH CAMPOS, a/k/a "Nesio,"

28  transported victim G.A., another enterprise member who they believed had violated the gang's rules, to

SECOND SUPERSEDING INDICTMENT      9

1  Bernal Heights in San Francisco.  There, EDWIN ALVARADO AMAYA, a/k/a "Muerte," acting at the

2  direction of ELMER RODRIGUEZ, a/k/a "Gordo," murdered G.A. with numerous blows from a bladed

3  weapon like a machete.  CAMPOS then drove the enterprise members away from the murder scene.

4        24.  On or about November 26, 2017, ELMER RODRIGUEZ, a/k/a "Gordo," and other

5  enterprise members, including EDWIN ALVARADO AMAYA, a/k/a "Muerte," and KENNETH

6  CAMPOS, a/k/a "Nesio," attempted to extort street drug dealers in the Tenderloin District of San

7  Francisco.  RODRIGUEZ produced a shotgun during the extortion incident, during which victim J.E.

8  was shot in the chest at close range with a 12-gauge shotgun.

9        25.  On or about November 30, 2017, EDWIN ALVARADO AMAYA, a/k/a "Muerte,"

10  ELMER RODRIGUEZ, a/k/a "Gordo," and KENNETH CAMPOS, a/k/a "Nesio," and at least one other

11  enterprise member, were near 24th Street and Potrero Avenue in San Francisco.  There, EDWIN

12  ALVARADO AMAYA, a/k/a "Muerte," and another enterprise member attacked and attempted to

13  murder victim R.L., whom they believed to be a gang rival.

14        26.  On or about February 13, 2018, enterprise members including JOSE MARIA TERCERO

15  PEREZ, a/k/a "Delito," KEVIN REYES MELENDEZ, a/k/a "Neutron," KEVIN GUATEMALA

16  ZEPEDA, a/k/a "Mision," and FERNANDO ROMERO BONILLA, a/k/a "Black," encountered victim

17  G.R. in the Mission District in San Francisco.  They identified G.R. as a gang rival.  ABNER

18  MARROQUIN ALEGRIA, a/k/a "Chapin," a/k/a "Coche," subsequently drove REYES MELENDEZ,

19  TERCERO PEREZ, and G.R. to the parking lot of the Gray Whale Cove trail in Pacifica.  Once there,

20  REYES MELENDEZ and TERCERO PEREZ attacked and murdered victim G.R. with a machete-like

21  weapon and a 9mm firearm, after which MARROQUIN ALEGRIA drove them away from the murder

22  scene.  Afterward, GUATEMALA ZEPEDA drove ROMERO BONILLA to the crime scene, where

23  they removed a portable music device which the group of assailants feared might contain potentially

24  incriminating evidence.

25        27.  On or about April 20, 2018, enterprise members JOSE MARIA TERCERO PEREZ, a/k/a

26  "Delito," KEVIN REYES MELENDEZ, a/k/a "Neutron," and BRIGIDO JOSUE GONZALES SALES,

27  a/k/a "Kiko," a/k/a "Inocente," encountered victim R.F. in the Mission District of San Francisco.

28  Believing that R.F. was a rival gang member, they attempted to murder him near South Van Ness

SECOND SUPERSEDING INDICTMENT     10

Avenue and Adair Street in San Francisco.

28. On or about May 27, 2018, ROGELIO BELLOSO ALEMAN, a/k/a "Smiley," KENNETH CAMPOS, a/k/a "Nesio," and KEVIN REYES MELENDEZ, a/k/a "Neutron," assaulted victim E.P. after learning that he had grown up in rival gang territory in San Francisco.

29. On or about January 24, 2019, KEVIN GUATEMALA ZEPEDA, a/k/a "Mision," EVERT GALDAMEZ CISNEROS, "Talentoso," FERNANDO ROMERO BONILLA, a/k/a "Black," BRIGIDO JOSUE GONZALES SALES, a/k/a "Kiko," a/k/a "Inocente," and another enterprise associate, threatened and assaulted a family across the street from Mission Playground in the Mission District of San Francisco.

30. On or about April 6, 2019, LUIS VELIS DIAZ, a/k/a "Popa," and other enterprise members participated in the assault and stabbing of victim A.R, whom they suspected of being a rival gang member, near the intersection of 16th and Albion Streets in the Mission District of San Francisco.

31. On or about April 20, 2019, BRIGIDO JOSUE GONZALES SALES, a/k/a "Kiko" or "Inocente," fired a .40-caliber "ghost gun" semiautomatic pistol in the vicinity of Sanchez and 19th Streets in San Francisco at a vehicle occupied by suspected gang rivals. LUIS VELIS DIAZ, a/k/a "Popa," possessed this same pistol on May 7, 2019.

32. On or about July 29, 2019, enterprise members assaulted victims T.G. and J.M., whom they believed to be associated with a rival gang, with a glass bottle and knives in the vicinity of 19th and Lexington Streets in the Mission District of San Francisco. During the assault, an enterprise member robbed one of the victims of her cell phone.

33. On or about August 6, 2019, near Mission Playground in the Mission District of San Francisco, enterprise members assaulted and stabbed victim C.O.G., after demanding to know whether he was a rival gang member.

34. On or about August 12, 2019, numerous enterprise members, including KEVIN RAMIREZ VALENCIA, a/k/a "Delincuente," assaulted victims A.G. and P.G. outside Little Star Pizza restaurant near the intersection of 15th and Valencia Streets in the Mission District of San Francisco. Multiple enterprise members used weapons during the assault.

//

NOTICE OF SPECIAL SENTENCING FACTORS FOR COUNT ONE

Number 1:  Attempted Murder of Victim C.G.

35.    On or about September 16, 2016, in the Northern District of California, defendants,

KEVIN REYES MELENDEZ, a/k/a "Neutron," and

ROGELIO BELLOSO ALEMAN, a/k/a "Smiley,"

knowingly, intentionally and willfully, with deliberation and premeditation, and with malice aforethought, attempted to kill victim C.G., in violation of California Penal Code Sections 187, 188, 189, 31, 21a, and 664.

Number 2:  Murder of Victim J.M.

36.    On or about March 17, 2017, in the Northern District of California, the defendant,

ELMER RODRIGUEZ, a/k/a "Gordo,"

together with others known and unknown to the Grand Jury, unlawfully, willfully and intentionally, with deliberation and premeditation, and with malice aforethought, killed victim J.M., in violation of California Penal Code Sections 187, 188, 189, 653f, and 31.

Number 3:  Murder of Victim G.A.

37.    On or about May 25, 2017, in the Northern District of California, the defendants,

EDWIN ALVARADO AMAYA, a/k/a "Muerte,"

KENNETH CAMPOS, a/k/a "Nesio," and

ELMER RODRIGUEZ, a/k/a "Gordo,"

together with others known and unknown to the Grand Jury, unlawfully, willfully and intentionally, with deliberation and premeditation, and with malice aforethought, killed victim G.A., in violation of California Penal Code Sections 187, 188, 189, 653f, and 31.

Number 4:  Attempted Murder of Victim J.E.

38.    On or about November 26, 2017, in the Northern District of California, the defendant,

ELMER RODRIGUEZ, a/k/a "Gordo,"

together with others known and unknown to the Grand Jury, knowingly, intentionally and willfully, with deliberation and premeditation, and with malice aforethought, attempted to kill victim J.E., and aided and abetted the same, in violation of California Penal Code Sections 187, 188, 189, 31, 21a, and 664.

1   <u>Number 5:  Attempted Murder of Victim R.L.</u>

2        39.    On or about November 30, 2017, in the Northern District of California, the defendant,

3                EDWIN ALVARADO AMAYA, a/k/a "Muerte,"

4   together with others known and unknown to the Grand Jury, knowingly, intentionally and willfully, with

5   deliberation and premeditation, and with malice aforethought, attempted to kill victim R.L., in violation

6   of California Penal Code Sections 187, 188, 189, 31, 21a, and 664.

7   <u>Number 6:  Murder of Victim G.R.</u>

8        40.    On or about February 18, 2018, in the Northern District of California, the defendants,

9            ABNER MARROQUIN ALEGRIA, a/k/a "Chapin," a/k/a "Coche,"

10             KEVIN REYES MELENDEZ, a/k/a "Neutron,"

11            JOSE MARIA TERCERO PEREZ, a/k/a "Delito," and

12            KEVIN GUATEMALA ZEPEDA, a/k/a "Mision,"

13   together with others known and unknown to the Grand Jury, unlawfully, willfully and intentionally, with

14   deliberation and premeditation, and with malice aforethought, killed victim G.R., in violation of

15   California Penal Code Sections 187, 188, 189, 653f, and 31.

16   <u>Number 7:  Attempted Murder of R.F. on April 20, 2018</u>

17        41.    On or April 20, 2018, in the Northern District of California, the defendants,

18            BRIGIDO JOSUE GONZALES SALES, a/k/a "Kiko," a/k/a "Inocente,"

19             KEVIN REYES MELENDEZ, a/k/a "Neutron," and

20            JOSE MARIA TERCERO PEREZ, a/k/a "Delito,"

21   together with others known and unknown to the Grand Jury, knowingly, intentionally and willfully, with

22   deliberation and premeditation, and with malice aforethought, attempted to kill R.F., in violation of

23   California Penal Code Sections 187, 188, 189, 31, 21a, and 664.

24        All in violation of Title 18, United States Code, Section 1962(d).

25   <u>COUNT TWO</u>:        (18 U.S.C. §§ 1959(a)(5) and 2 – Attempted Murder in Aid of Racketeering)

26        42.    The allegations contained in paragraphs 1 through 17 of this Second Superseding

27   Indictment are repeated and realleged as though fully set forth herein.

28        43.    On or about September 16, 2016, in the Northern District of California, for the purpose of

SECOND SUPERSEDING INDICTMENT     13

1  gaining entrance to and maintaining and increasing position in MS-13 20th Street, an enterprise engaged

2  in racketeering activity, the defendant,

3  KEVIN REYES MELENDEZ, a/k/a "Neutron,"

4  together with others known and unknown to the Grand Jury, aided and abetted each by the others,

5  unlawfully, knowingly, and willfully attempted to murder victim C.G., in violation of California Penal

6  Code Sections 187, 188, 189, 31, 21a, and 664.

7      All in violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

8  COUNT THREE:      (18 U.S.C. § 924(c) – Discharge of a Firearm in Furtherance of a Crime of
9                    Violence)

10     44.    On or about September 16, 2016, in the Northern District of California, the defendant,

11  KEVIN REYES MELENDEZ, a/k/a "Neutron,"

12  did knowingly carry, use, brandish, and discharge a firearm, that is, an Arminius .38 Special caliber

13  Titan Tiger six-shot revolver bearing serial number 0100837, during and in relation to the Attempted

14  Murder in Aid of Racketeering charged in Count Two of this Second Superseding Indictment, and did

15  knowingly possess said firearm in furtherance of the Attempted Murder in Aid of Racketeering charged

16  in Count Two of this Second Superseding Indictment.

17     All in violation of Title 18, United States Code, Section 924(c)(1)(A).

18  COUNT FOUR:      (18 U.S.C. §§ 1959(a)(3) and 2 – Assault With a Dangerous Weapon in Aid of
19                   Racketeering)

20     45.    The allegations contained in paragraphs 1 through 17 of this Second Superseding

21  Indictment are repeated and realleged as though fully set forth herein.

22     46.    On or about October 27, 2016, in the Northern District of California, for the purpose of

23  gaining entrance to and maintaining and increasing position in MS-13 20th Street, an enterprise engaged

24  in racketeering activity, the defendant,

25  KENNETH CAMPOS, a/k/a "Nesio,"

26  together with others known and unknown to the Grand Jury, aided and abetted each by the others, did

27  unlawfully and knowingly assault victim J.C. with a dangerous weapon, to wit, shoes, in violation of

28  California Penal Code Sections 245(a)(1) and 31.

SECOND SUPERSEDING INDICTMENT      14

1    All in violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

2    COUNT FIVE:    (18 U.S.C. §§ 1959(a)(5) and 2 – Attempted Murder in Aid of Racketeering)

3    47.    The allegations contained in paragraphs 1 through 17 of this Second Superseding

4    Indictment are repeated and realleged as though fully set forth herein.

5    48.    On or about November 26, 2017, in the Northern District of California, for the purpose of

6    gaining entrance to and maintaining and increasing position in MS-13 20th Street, an enterprise engaged

7    in racketeering activity, the defendant,

8    ELMER RODRIGUEZ, a/k/a "Gordo,"

9    together with others known and unknown to the Grand Jury, aided and abetted each by the others,

10   unlawfully, knowingly, and willfully attempted to murder victim J.E. in violation of California Penal

11   Code Sections 187, 188, 189, 31, 21a, and 664.

12   All in violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

13   COUNT SIX:    (18 U.S.C. §§ 924(c) and 2 – Discharge of a Firearm in Furtherance of a Crime of

14                     Violence)

15   49.    On or about November 26, 2017, in the Northern District of California, the defendant,

16   ELMER RODRIGUEZ, a/k/a "Gordo,"

17   did knowingly carry, use, brandish, and discharge a firearm, that is, a shotgun, during and in relation to

18   the Attempted Murder in Aid of Racketeering charged in Count Five of this Second Superseding

19   Indictment, and did knowingly possess said firearm in furtherance of the Attempted Murder in Aid of

20   Racketeering charged in Count Five of this Second Superseding Indictment, and did aid and abet all of

21   the same.

22   All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

23   COUNT SEVEN:    (18 U.S.C. §§ 1959(a)(5) and 2 – Attempted Murder in Aid of Racketeering)

24   50.    The allegations contained in paragraphs 1 through 17 of this Second Superseding

25   Indictment are repeated and realleged as though fully set forth herein.

26   51.    On or about November 30, 2017, in the Northern District of California, for the purpose of

27   gaining entrance to and maintaining and increasing position in MS-13 20th Street, an enterprise engaged

28   in racketeering activity, the defendant,

SECOND SUPERSEDING INDICTMENT    15

1    EDWIN ALVARADO AMAYA, a/k/a "Muerte,"

2 together with others known and unknown to the Grand Jury, aided and abetted each by the others,

3 unlawfully, knowingly, and willfully attempted to murder victim R.L., in violation of California Penal

4 Code Sections 187, 188, 189, 31, 21a, and 664.

5    All in violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

6 <u>COUNT EIGHT</u>:    (18 U.S.C. §§ 1959(a)(5) and 2 – Attempted Murder in Aid of Racketeering)

7    52.    The allegations contained in paragraphs 1 through 17 of this Second Superseding

8 Indictment are repeated and realleged as though fully set forth herein.

9    53.    On or about April 20, 2018, in the Northern District of California, for the purpose of

10 gaining entrance to and maintaining and increasing position in MS-13 20th Street, an enterprise engaged

11 in racketeering activity, the defendants,

12    BRIGIDO JOSUE GONZALES SALES, a/k/a "Kiko," a/k/a "Inocente,"

13    KEVIN REYES MELENDEZ, a/k/a "Neutron," and

14    JOSE MARIA TERCERO PEREZ, a/k/a "Delito,"

15 together with others known and unknown to the Grand Jury, and aided and abetted each by the others,

16 unlawfully, knowingly, and willfully attempted to murder victim R.F., in violation of California Penal

17 Code Sections 187, 188, 189, 31, 21a, and 664.

18    All in violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

19 <u>COUNT NINE</u>:    (18 U.S.C. §§ 1959(a)(3) and 2 – Assault With a Dangerous Weapon in Aid of
20                        Racketeering)

21    54.    The allegations contained in paragraphs 1 through 17 of this Second Superseding

22 Indictment are repeated and realleged as though fully set forth herein.

23    55.    On or about May 27, 2018, in the Northern District of California, for the purpose of

24 gaining entrance to and maintaining and increasing position in MS-13 20th Street, an enterprise engaged

25 in racketeering activity, the defendants,

26    ROGELIO BELLOSO ALEMAN, a/k/a "Smiley,"

27    KENNETH CAMPOS, a/k/a "Nesio," and

28    KEVIN REYES MELENDEZ, a/k/a "Neutron,"

1   together with others known and unknown to the Grand Jury, and aided and abetted each by the others,

2   did unlawfully and knowingly assault victim E.P. with a dangerous weapon, to wit, at least one object

3   capable of causing puncture wounds, in violation of California Penal Code Sections 245(a)(1) and 31.

4          All in violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

5   <u>COUNT TEN</u>:         (18 U.S.C. §§ 1959(a)(3) and 2 – Assault With a Dangerous Weapon in Aid of
                             Racketeering)
6

7          56.    The allegations contained in paragraphs 1 through 17 of this Second Superseding

8   Indictment are repeated and realleged as though fully set forth herein.

9          57.    On or about January 24, 2019, in the Northern District of California, for the purpose of

10  gaining entrance to and maintaining and increasing position in MS-13 20th Street, an enterprise engaged

11  in racketeering activity, the defendants,

12              FERNANDO ROMERO BONILLA, a/k/a "Black,"

13              EVERT GALDAMEZ CISNEROS, a/k/a "Talentoso,"

14       BRIGIDO JOSUE GONZALES SALES, a/k/a "Kiko," a/k/a "Inocente," and

15              KEVIN GUATEMALA ZEPEDA, a/k/a "Mision,"

16  together with others known and unknown to the Grand Jury, and aided and abetted each by the others,

17  did unlawfully and knowingly assault victims J.T., K.B., and E.R. with a dangerous weapon, to wit, a

18  firearm, knives, and shoes, in violation of California Penal Code Sections 245(a)(1) and 31.

19         All in violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

20  <u>COUNT ELEVEN</u>:      (18 U.S.C. §§ 1959(a)(3) and 2 – Assault With a Dangerous Weapon in
                             Aid of Racketeering)
21

22         58.    The allegations contained in paragraphs 1 through 17 of this Superseding Indictment are

23  repeated and realleged as though fully set forth herein.

24         59.    On or about April 6, 2019, in the Northern District of California, for the purpose of

25  gaining entrance to and maintaining and increasing position in MS-13 20th Street, an enterprise engaged

26  in racketeering activity, the defendant,

27              LUIS VELIS DIAZ, a/k/a "Popa,"

28  together with others known and unknown to the Grand Jury, aided and abetted each by the others, did

SECOND SUPERSEDING INDICTMENT      17

1 unlawfully and knowingly assault victim A.R. with a dangerous weapon, to wit, a bladed weapon, in

2 violation of California Penal Code Sections 245(a)(1) and 31.

3      All in violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

4 COUNT TWELVE:   (18 U.S.C. §§ 1959(a)(3) and 2 – Assault With a Dangerous Weapon in

5                             Aid of Racketeering)

6      60.    The allegations contained in paragraphs 1 through 17 of this Superseding Indictment are

7 repeated and realleged as though fully set forth herein.

8      61.    On or about August 12, 2019, in the Northern District of California, for the purpose of

9 gaining entrance to and maintaining and increasing position in MS-13 20th Street, an enterprise engaged

10 in racketeering activity, the defendant,

11                KEVIN RAMIREZ VALENCIA, a/k/a "Delincuente,"

12 together with others known and unknown to the Grand Jury, aided and abetted each by the others, did

13 unlawfully and knowingly assault victims A.G. and P.G. with a dangerous weapon, to wit, shoes, a

14 cooler, a broom handle, a metal stick, and a machete, in violation of California Penal Code Sections

15 245(a)(1) and 31.

16      All in violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

17 FORFEITURE ALLEGATION:     (18 U.S.C. §§ 924(d), 1963; 28 U.S.C. § 2461(c))

18      62.    The factual allegations contained in Counts One through Twelve of this Second

19 Superseding Indictment are hereby realleged and by this reference fully incorporated herein for the

20 purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 924(d) and 1963, and 28 U.S.C.

21 § 2461(c).

22      63.    Upon conviction of the offense alleged in Count One of this Second Superseding

23 Indictment, the defendants,

24               ROGELIO BELLOSO ALEMAN, a/k/a "Smiley,"

25               EDWIN ALVARADO AMAYA, a/k/a "Muerte,"

26               FERNANDO ROMERO BONILLA, a/k/a "Black,"

27               KENNETH CAMPOS, a/k/a "Nesio,"

28               EVERT GALDAMEZ CISNEROS, a/k/a "Talentoso,"

LUIS VELIS DIAZ, a/k/a "Popa,"

BRIGIDO JOSUE GONZALES SALES, a/k/a "Kiko," a/k/a "Inocente,"

ABNER MARROQUIN ALEGRIA, a/k/a "Chapin," a/k/a "Coche,"

KEVIN REYES MELENDEZ, a/k/a "Neutron,"

ELMER RODRIGUEZ, a/k/a "Gordo,"

JOSE MARIA TERCERO PEREZ, a/k/a "Delito,"

KEVIN RAMIREZ VALENCIA, a/k/a "Delincuente," and

KEVIN GUATEMALA ZEPEDA, a/k/a "Mision,"

shall forfeit to the United States, pursuant to 18 U.S.C. § 1963: (1) any interest the defendants have acquired or maintained in violation of 18 U.S.C. § 1962; (2) any interest in, security of, claim against, or property or contractual right of any kind affording a source of influence over; any enterprise which the defendant has established, operated, controlled, conducted or participated in the conduct of, in violation of 18 U.S.C. § 1962; and (3) any property (including real property and things growing thereon, affixed thereto and found in land, and any tangible and intangible personal property including rights, privileges, interests, claims, and securities), constituting or derived from any proceeds which the defendants obtained directly or indirectly from racketeering activity in violation of 18 U.S.C. § 1962.

64.     Upon conviction of the offenses alleged in Counts Three or Six,

KEVIN REYES MELENDEZ, a/k/a "Neutron," and

ELMER RODRIGUEZ, a/k/a "Gordo,"

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 924(c), including an Arminius .38 Special caliber Titan Tiger six-shot revolver bearing serial number 0100837, and a 12-gauge shotgun fired at victim J.E.

65.     If any of the property described above, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to or deposited with, a third person;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without

difficulty;

any and all interest the defendants have in any other property (not to exceed the value of the above

forfeitable property) shall be forfeited to the United States, pursuant to 18 U.S.C. § 1963(m).

All pursuant to 18 U.S.C. §§ 924(d) and 1963, and 28 U.S.C. § 2461(c), and Rule 32.2 of the

Federal Rules of Criminal Procedure.

DATED:    11-04-2021                                    A TRUE BILL.


                                                              /s/
                                                       _____
                                                       FOREPERSON


STEPHANIE M. HINDS
Acting United States Attorney

_____
ASEEM P. PADUKONE
LINA PENG
ANDREW M. SCOBLE
Assistant United States Attorneys

SECOND SUPERSEDING INDICTMENT      20